UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN JOSEPH RYAN,<br><br>    Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | No.  1:14-CV-3006-FVS<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.**  The matter is **REMANDED** to the Commissioner for additional proceedings pursuant to sentence four of 42 U.S.C. Section 405(g).  This matter is **REMANDED** to the Commissioner for additional proceedings and/or finding consistent with the Order entered by the Court on 05/1/15.  Defendant's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Plaintiff.

DATED:  May 1, 2015.

                                        SEAN F. McAVOY
                                        Clerk of Court

                                        By: *s/Michelle Fox*
                                            Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**